1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    United States of America,              )    No. CR 06-0508-PHX-PGR
                                            )
10                  Plaintiff,              )
                                            )    **DETENTION ORDER**
11   vs.                                    )
                                            )
12   Jamal Hodges,                          )
                                            )
13                  Defendant.              )
                                            )
14   _____       )

15        On August 9, 2011, defendant Jamal Hodges appeared before this Court on a petition for

16   revocation of supervised release. The Court considered the information provided to the Court,

17   and the arguments of counsel in determining whether the defendant should be released on

18   conditions set by the Court.

19        The Court finds that the defendant, having previously been convicted and placed on

20   supervised release, and having appeared before the Court in connection with a petition to revoke

21   his supervised release, has failed to establish by clear and convincing evidence that he is not

22   likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d),

23   and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. §3143.

24        IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

25        DATED this 9th day of August, 2011.

26

27        _____

28                        David K. Duncan
                   United States Magistrate Judge